UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM DAVIS, | No. 2:18-cv-0353 AC P |
| Plaintiff, | |
| v. | ORDER |
| MARION SPEARMAN, Warden, | |
| Defendant. | |

Plaintiff is a state prisoner at High Desert State Prison (HDSP) proceeding pro se with a letter informing this court that he is in fear for his life. Plaintiff alleges in part that kitchen and correctional staff are conspiring to kill him and are poisoning his food, leading plaintiff to engage in a second hunger strike within two weeks, which has not been properly reported. Plaintiff alleges that the Warden, and medical and mental health staff are also part of the conspiracy, and that plaintiff's efforts to report these matters have been ignored. Plaintiff requests the court's intervention and the documents necessary to commence a civil rights action.

Accordingly, IT IS HEREBY ORDERED that:

1. The Office of the California Attorney General, as directed by Supervising Attorney General Monica Anderson or her designee, is requested to immediately contact the appropriate officials at HDSP to ensure plaintiff's health and safety.

////

1

2. The Clerk of Court is directed to send plaintiff, together with a copy of this order, the following: (1) a blank civil rights complaint used by prisoners in this district; (2) an application to proceed in forma pauperis by a prisoner; (3) a form for requesting appointment of counsel, if available; and (4) applicable Local Rules of Court, if available.[1]

3. The Clerk of Court is further directed to send and *immediately fax* a copy of this order to Monica Anderson, Supervising Deputy Attorney General.

DATED: February 14, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] The court is also sending, by separate order filed concurrently herewith, the form for consenting to, or declining, the jurisdiction of the magistrate judge for all purposes, and a sample proof of service. See ECF No. 2. It is premature to send summons forms, and plaintiff must obtain stamped envelopes for his legal mail from the HDSP library or litigation coordinator.